Kevin T Simon, SBN-180967
SIMON RESNIK HAYES LLP.
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
Phone (818) 783-6251
Fax (818) 783-6253
Email: kevin@srhlawfirm.com

Attorneys for Debtor(s)
Robert Benjamin Sautter

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT BENJAMIN SAUTTER,<br><br>Debtor.<br><hr>ROBERT BENJAMIN SAUTTER,<br><br>Plaintiff,<br><br>DAVID SEROR,<br>CHAPTER 7 TRUSTEE,<br><br>Respondent. | Case No. 1:17-bk-12566-MB<br>Chapter 7<br><br>**STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY; DECLARATION OF KEVIN T. SIMON IN SUPPORT THEREOF**<br><br>**Current Hearing Date:**<br>DATE: December 13, 2017<br>TIME: 11:00 AM<br>CTRM: 303<br>    21041 Burbank Boulevard<br>    Courtroom 303<br>    Woodland Hills, CA 91367<br><br>**Continued Hearing Date:**<br>DATE: January 17, 2018<br>TIME: 11:00 AM<br>CTRM: 303<br>    21041 Burbank Boulevard<br>    Courtroom 303<br>    Woodland Hills, CA 91367 |

**TO THE HONORABLE MARTIN R. BARASH, THE CHAPTER 7 TRUSTEE, AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that DEBTOR/PLAINTIFF, Robert Benjamin Sautter (the "Plaintiff") by and through his attorney of record, Kevin T. Simon, Esq. of the Law Offices of

1

1  Simon Resnik Hayes LLP, and RESPONDENT, David Seror, Chapter 7 Trustee, ("Trustee"), by
2  and through his attorney of record, Richard Burstein, Esq. of Brutzkus Gubner Rozansky Seror
3  Weber LLP hereby stipulate to continue the hearing on Debtor's Motion to Compel
4  Abandonment of Real Property to January 17, 2018 at 11:00 AM at 21041 Burbank Blvd,
5  Courtroom 303, Woodland Hills, CA 91367.

IT IS SO STIPULATED.

_____          Date: 12/11/17
Richard Burstein, Esq.
Attorney for Chapter 7 Trustee
David Seror

_____          Date: 12/11/17
Kevin T. Simon
Attorney for Debtor/Plaintiff
Robert Benjamin Sautter

2

| In re: | | CHAPTER: 7 |
|---|---|---|
| ROBERT BENJAMIN SAUTTER, | Debtor(s). | CASE NUMBER: 1:17-bk-12566-MB |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**15233 Ventura Boulevard, Suite 250, Sherman Oaks, CA 91403**

A true and correct copy of the foregoing document entitled **STIPULATION TO CONTINUE DEBTOR'S MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY; DECLARATION OF KEVIN T. SIMON IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 11, 2017 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David Seror (TR):         mtzeng@brutzkusgubner.com
United States Trustee (SV):   ustpregion16.wh.ecf@usdoj.gov
Kevin T Simon:           kevin@srhlawfirm.com
Aldridge Pite LLP         ecfcacb@aldridgepite.com
Brutzkus Gubner Rozansky Seror Weber LLP    rboyce@bg.law, rburstein@bg.law

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On December 11, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 11, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy: Honorable Martin R. Barash 21041 Burbank Blvd., Suite 342 / Ctrm. 303 Woodland Hills, CA 91367**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 11, 2017 | Rebeca Benitez | /s/ Rebeca Benitez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                               **F 9013-3.1.PROOF.SERVICE**

| In re: | | |
|---|---|---|
| ROBERT BENJAMIN SAUTTER, | | CHAPTER: 7 |
| | Debtor(s). | CASE NUMBER: 1:17-bk-12566-MB |

## CONTINUED SERVICE LIST

**Debtor(s):**
Robert Benjamin Sautter
5711 Reseda Blvd
Tarzana, CA 91356

**Chapter 7 Trustee**
David Seror (TR)
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

**Reagan E Boyce, Richard Burstein**
**Brutzkus Gubner Rozansky Seror Weber LLP**
21650 Oxnard St.
Ste. 500
Woodland Hills, CA 91367

**Office of the United States Trustee**
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

**Financial Freedom (Statement)**
The Reverse Mortgage Specialists
PO Box 85400
Austin, TX 78708
Attn: Jim Mahoney, CEO

**Financial Freedom, a division of CIT Bank, N.A. (Payoff Statement)**
2900 Esperanza Crossing
Austin, TX 78758
Attn: Jim Mahoney, CEO

**Financial Freedom Senior Funding Co (Statement)**
3009 Douglas Blvd
Roseville, CA 95661
Attn: Jim Mahoney, CEO

**Financial Freedom Senior Funding Co (Entity)**
C/O FDIC
1601 BRYAN STREET, 30TH FLOOR
DALLAS TX 75201
Attn: Principal

**Agent for Service of Process for Financial Freedom Senior Funding Co**
C T CORPORATION SYSTEM
818 W SEVENTH ST STE 930
LOS ANGELES CA 90017

**Financial Freedom Senior Funding Co (Payoff Statement)**
PO Box 85400
Austin, TX 78708
Attn: Jim Mahoney, CEO

**CIT Bank, National Association (FDIC)**
95 South Lake Ave
Pasadena, CA 91101
Los Angeles County
Attn: Ellen R. Alemany, CEO

**Cit Group (Entity)**
1 CIT DR #2108-A
LIVINGSTON NJ 07039
Attn: Ellen R. Alemany, CEO

**Agent for Service of Process for Cit Group**
C T CORPORATION SYSTEM
818 W SEVENTH ST STE 930
LOS ANGELES CA 90017

**Santa Fe General Construction, Inc (Judgment & Entity)**
7912 Ventura Canyon Avenue
Panorama City, CA 91402
Attn: Jubilio Escalera, President

**Agent for Service of Process for Santa Fe General Construction, Inc**
JUBILIO ESCALERA
7912 VENTURA CANYON AVE
PANORAMA CITY CA 91402

Burbank City Fed Credit Union
1800 West Magnolia Blvd
Attn: Loan Servicing
Burbank, CA 91506


Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Humberto Lara, Co-Trustee of the Kingsley Trust and Clearview Trust
818 Poppy Court
Oakdale, CA 95381

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Federal Payment Levy Program
Stop 686; PO Box 57
Bensalem, PA 19020

OneMain Financial
Attn: Bankruptcy Department
601 NW 2nd St, Ste 300
Evansville, IN 47708

USAA Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288

Jamie D Hanawalt
Aldridge Pite LLP
4375 Jutland Dr
San Diego, CA 92117

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**