United States Bankruptcy Court
Central District of California

In re:  
Robert Benjamin Sautter  
       Debtor

Case No. 17-12566-MB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-1          User: admin                 Page 1 of 1                  Date Rcvd: Dec 12, 2017
                              Form ID: pdf042             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.
db             +Robert Benjamin Sautter,    5711 Reseda Blvd,    Tarzana, CA 91356-2201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:
      David    Seror  (TR)    mtzeng@brutzkusgubner.com, C133@ecfcbis.com
      Gilbert R Yabes    on behalf of Creditor    CIT Bank, N.A. ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
      Jamie D Hanawalt    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com
      Kevin T Simon     on behalf of Debtor Robert Benjamin Sautter kevin@srhlawfirm.com, ktsecf@gmail.com
      Reagan E Boyce    on behalf of Trustee David  Seror (TR) rboyce@bg.law, ecf@bg.law
      Richard   Burstein    on behalf of Interested Party    Courtesy NEF rburstein@bg.law, ecf@bg.law
      United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                                         TOTAL: 7

Kevin T. Simon - SBN 180967
SIMON RESNIK HAYES LLP
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
Telephone: (818) 783-6251
Facsimile: (818) 783-6253
Email: kevin@srhlawfirm.com

Attorney for Debtor,
Robert Benjamin Sautter

**FILED & ENTERED**

DEC 12 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BENJAMIN SAUTTER,<br><br>Debtor.<br><br>_____<br><br>ROBERT BENJAMIN SAUTTER,<br><br>Movant, Plaintiff,<br><br>DAVID SEROR,<br>CHAPTER 7 TRUSTEE,<br><br>Respondent. | CHAPTER   7<br>CASE NO.:   1:17-bk-12566-MB<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY; DECLARATION OF KEVIN T. SIMON IN SUPPORT THEREOF**<br><br>Continued Date: January 17, 2018<br>Time:              11:00 AM<br>Courtroom:     303<br>Place:             21041 Burbank Blvd,<br>                       Woodland Hills, CA 91367 |

DEBTOR, ~~PLAINTIFF~~, Robert Benjamin Sautter (the "Debtor" "~~Plaintiff~~") by and through his attorney of record, Kevin T. Simon, Esq. of the Law Offices of Simon Resnik Hayes LLP, and RESPONDENT, David Seror, Chapter 7 Trustee. ("Trustee"), by and through his attorney of record, Richard Burstein, Esq. of Brutzkus Gubner Rozansky Seror Weber LLP, having agreed to the terms set forth in the Stipulation to Continue Hearing on Debtor's Motion to Compel Abandonment of Real Property [Docket # 35]:

\\

---

**ORDER ON STIPULATION TO CONTINUE HEARING**

Page 1

**IT IS HEREBY ORDERED THAT:**

1. The Hearing on Debtor's Motion to Compel Abandonment of Real Property currently scheduled for December 13, 2017 at 11:00 am in the above entitled Court is continued to January 17, 2018 at 11:00 am in the above entitled Court.

###

Date: December 12, 2017

Martin R Barash
United States Bankruptcy Judge