| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>STEVEN T. GUBNER - Bar No. 156593<br>RICHARD D. BURSTEIN - Bar No. 56661<br>REAGAN E. BOYCE - Bar No. 248064<br>BRUTZKUS GUBNER<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: sgubner@bg.law<br> rburstein@bg.law<br> rboyce@bg.law<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* David Seror, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>ROBERT BENJAMIN SAUTTER,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:17-bk-12566-MB<br>CHAPTER: 7<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) <u>David Seror, Chapter 7 Trustee</u>,
filed a motion or application (Motion) entitled <u>Application by David Seror, Chapter 7 Trustee, for Order Approving</u> <u>Employment</u> of Brutzkus Gubner as Trustee's General Counsel Effective November 16, 2017.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*): ☐
   The full Motion is attached to this notice; or
   ☒ The full Motion was filed with the court as docket entry # 38, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

(1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2) Movant will lodge an order that the court may use to grant the Motion; and

(3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 12/13/2017

_____
Signature of Movant or attorney for Movant

Reagan E. Boyce
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

*In re Robert Benjamin Sautter*, Debtor                Chapter 7 Case No. 1:17-bk-12566-MB

**Attachment to Notice of Opportunity to Request a Hearing on Motion**

Detailed Description of Relief Sought in Trustee's Application for Authority to Employ Brutzkus Gubner as His General Counsel as of November 16, 2017

1.  Among other things, the Trustee requires general bankruptcy counsel to assist him with review and analysis of the Debtor's real property located at 3859 Sherwood Place ("Sherwood Property"), including a valuation and possible sale of same; as necessary, to prepare, file oppositions to, and appear at the hearings on, (1) Debtor's Motion to Compel Trustee to Abandon Real Property [Docket No. 21], and (2) Motion Authorizing Debtor to Sell Estate Asset [Docket 23]; to pursue and litigate if appropriate, possible claims of the Estate, including a possible quiet title action regarding the Sherwood Property.

2.  In addition, the Trustee requires legal counsel to render any and all other legal services that the Trustee deems necessary and appropriate to administer the Debtor's assets for the benefit of creditors, including as follows:

    a.  To review Debtor's schedules and statement of financial affairs and other financial records to determine whether or not the Estate can potentially pursue any preference or fraudulent transfer or other actions, and to litigate the same;

    b.  To represent the Trustee in any proceeding or hearing including, but not limited to, objections to claims in the Bankruptcy Court and any action where the rights of the Estate or the Trustee may be litigated or affected;

    c.  To prepare and file pleadings, motions, notices or orders which may be required for the orderly administration of the Estate including, but not limited to, preparation of notices, motions and other documentation;

    d.  To commence actions wherever deemed appropriate by the Trustee to recover property that was fraudulently and/or preferentially transferred. In the event that the Trustee is required to commence any action, proposed counsel will be required to prepare for and

1882128

attend any hearings, as well as to draft any and all pleadings relevant thereto, and to engage in necessary discovery and try any adversary proceedings as may be required;

   e. To object to claims, if any, after review by the Trustee. In the event objections are filed, counsel will be required to prepare for and attend any hearing on objections as well as to draft any and all pleadings relevant thereto, and to engage in necessary discovery;

   f. If, and to the extent necessary, to conduct examinations of witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts, applications and orders; and,

   g. To perform such other and further legal services as are necessary and proper in the administration of the Estate, and provide general representation and counsel on matters relating to Chapter 7 administration.

  3. The Trustee seeks employment of Brutzkus Gubner pursuant to 11 U.S.C. § 330.

  4. Brutzkus Gubner was not paid and does not expect to be paid a monetary retainer.

  5. Brutzkus Gubner understands and has agreed to accept employment on grounds that compensation for fees and reimbursement of expenses incurred herein will be paid by the Estate only after application to and approval by this Court, after notice and a hearing. A true and correct copy of Brutzkus Gubner's hourly rates for its professionals is attached hereto as **Exhibit 1** and incorporated herein by this reference.

  6. A copy of the entire Application is available upon written request to the proposed counsel, Brutzkus Gubner, attention Reagan E. Boyce, 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367, telephone (818) 827-9000, email: rboyce@bg.law.

  7. As stated on the Notice, LBR 9013-1(o) requires that any party who opposes this Application may request a hearing on the Application. The deadline to file and serve a written opposition and request for a hearing, in the form required by LBR 9013-1(f), is 14 days after the date of service of this Notice, plus three additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

1882128

# EXHIBIT "1"

**BRUTZKUS GUBNER**
Brutzkus Gubner Rozansky Seror Weber LLP
YOUR COUNSEL MATTERS®
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911
818- 827-9000  Main
818- 827-9099  Fax
www.bg.law

| Standard Hourly Rate Schedule – Effective 01/01/2018 | | |
|---|---|---|
| **Professional** | **Professional Type** | **Hourly Rate** |
| Mark D. Brutzkus | Partner | $ 625.00 |
| Steven T. Gubner | Partner | $ 850.00 |
| Jeffrey A. Kobulnick | Partner | $ 575.00 |
| Nicholas Rozansky | Partner | $ 625.00 |
| David Seror | Partner | $ 650.00 |
| Corey R. Weber | Partner | $ 625.00 |
| Joseph Balice | Partner | $ 525.00 |
| Philip J. Bonoli | Partner | $ 550.00 |
| Jerrold L. Bregman | Partner | $ 575.00 |
| Richard Burstein | Partner | $ 625.00 |
| Deborah Greaves | Partner | $ 525.00 |
| Jason B. Komorsky | Partner | $ 625.00 |
| Robyn B. Sokol | Partner | $ 625.00 |
| Ronald Abrams | Of Counsel | $ 525.00 |
| Susan Baker | Of Counsel | $ 550.00 |
| Racey Cohn | Of Counsel | $ 495.00 |
| Keith Elder | Of Counsel | $ 595.00 |
| Larry Gabriel | Of Counsel | $ 625.00 |
| Talin Keshishian | Of Counsel | $ 525.00 |
| Stuart Y. Kim | Of Counsel | $ 675.00 |
| Susan Seflin | Of Counsel | $ 625.00 |
| Jessica Bagdanov | Associate | $ 475.00 |
| Michael Bernet | Associate | $ 325.00 |
| Reagan Boyce | Associate | $ 495.00 |
| Michael W. Davis | Associate | $ 500.00 |
| Nina Z. Javan | Associate | $ 495.00 |
| Joseph M. Rothberg | Associate | $ 475.00 |
| Maria Abel | Paralegal | $ 230.00 |
| Karla Bagley | Paralegal | $ 280.00 |
| Tina Dow | Paralegal | $ 240.00 |
| Melody Evans | Paralegal | $ 195.00 |
| Susan Robbins | Paralegal | $ 260.00 |
| Juanita Treshinsky | Paralegal | $ 270.00 |
| Margaret Tzeng | Paralegal | $ 240.00 |
| Sheri Broffman | Trademark Administrator | $ 235.00 |
|  | Litigation Support | $ 125.00 |
|  | Law Clerk | $ 100.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.

A true and correct copy of the foregoing document entitled: **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/18/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/18/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/19/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Martin R. Barash           [Via Personal Delivery]
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA  91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/18/2017 | KRISTINA DOW | /s/ Kristina Dow |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 3    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Reagan E Boyce    rboyce@bg.law, ecf@bg.law
Richard Burstein    rburstein@bg.law, ecf@bg.law
Jamie D Hanawalt    ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com
David Seror (TR)    mtzeng@brutzkusgubner.com, C133@ecfcbis.com
Kevin T Simon    kevin@srhlawfirm.com, ktsecf@gmail.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Gilbrt R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com


2. **SERVED BY UNITED STATES MAIL:**

Burbank City Fed Credit Union
1800 West Magnolia Blvd
Attn: Loan Servicing
Burbank, CA 91506

Financial Freedom
The Reserve Mortgage Specialists
PO Box 85400
Austin, TX 78708

Financial Freedom Senior Funding Co
3009 Douglas Blvd
Roseville, CA 95661

Financial Freedom Senior Funding Co
PO Box 85400
Austin, TX 78708

Franchise Tax Board
Attn: Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952

Humberto Lara, Co-Trustee of the
Kingsley Trust and Clearview Trust
818 Poppy Court
Oakdale, CA 95381

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Federal Payment Levy Program
Stop 686; PO Box 57
Bensalem, PA 19020

Jubilio Escalera, President
Santa Fe General Construction, Inc.
7912 Ventura Canyon Ave
Panorama City, CA 91402

OneMain Financial
Attn: Bankruptcy Department
601 NW 2nd St., Ste 300
Evansville, IN 47708

Santa Fe General Construction, Inc.
7912 Ventura Canyon Ave
Panorama City, CA 91402

USAA Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288

**Debtor**
Robert Benjamin Sautter
5711 Reseda Blvd.
Tarzana, CA 91356