1  Jamie D. Hanawalt (SBN 309934)
   jhanawalt@aldridgepite.com
2  Gilbert R. Yabes (SBN 267388)
   gyabes@aldridgepite.com
3  **ALDRIDGE PITE, LLP**
   4375 Jutland Drive, Suite 200
4  P.O. Box 17933
   San Diego, CA 92177-0933
5  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
6
   Attorneys for *Movant*
7  CIT BANK, N.A.

**FILED & ENTERED**

**JAN 31 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Bever    **DEPUTY CLERK**

8               **UNITED STATES BANKRUPTCY COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10              **SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | Case No.    1:17-bk-12566-MB |
| ROBERT BENJAMIN SAUTTER, | Chapter    7 |
| Debtor. | **ORDER APPROVING STIPULATION [DKT. 54] RE: VOLUNTARY DISMISSAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY [DKT. 31]** |
| | **Initial Hearing**:<br>Date:   January 3, 2018<br>Time:   10:00 AM<br>Ctrm:   303<br>21041 Burbank Boulevard Woodland Hills, CA 91367-6606 |
| | **Continued Hearing**:<br>Date:   February 28, 2018<br>Time:   10:00 AM<br>Ctrm:   303<br>21041 Burbank Boulevard Woodland Hills, CA 91367-6606 |

///

///

///

///

///

The Court having considered the *Stipulation re: Voluntary Dismissal of Motion for Relief from Automatic Stay [Docket no. 54]* ("Stipulation"), entered into by and between Chapter 7 Trustee, David Seror by and through his attorney of record Brutzkus Gubner, and *movant* CIT Bank, N.A., by and through its attorneys of record, Aldridge Pite, LLP, and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

###

Date: January 31, 2018

Martin R Barash
United States Bankruptcy Judge