United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 17-12566-MB
Robert Benjamin Sautter                                                   Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1          User: kreavesC          Page 1 of 2          Date Rcvd: Apr 23, 2018
                             Form ID: ntcpdiv         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2018.
db          +Robert Benjamin Sautter,    5711 Reseda Blvd,    Tarzana, CA 91356-2201
smg          Los Angeles City Clerk,    P. O. Box 53200,    Los Angeles, CA  90053-0200
38178923    +Burbank City Fed Credit Union,    1800 West Magnolia Blvd,    Attn: Loan Servicing,
             Burbank, CA 91506-1726
38178917    +Financial Freedom Senior Funding Co,    3009 Douglas Blvd,    Roseville, CA 95661-3859
38178919    +Humberto Lara, Co-Trustee of the,    Kingsley Trust and Clearview Trust,    818 Poppy Court,
             Oakdale, CA 95361-8917
38178920    +Jubilio Escalera, President,    Santa Fe General Construction, Inc.,    7912 Ventura Canyon Ave,
             Panorama City, CA 91402-6311
38178916    +Santa Fe General Construction, Inc.,    7912 Ventura Canyon Ave,    Panorama City, CA 91402-6311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          EDI: EDD.COM Apr 24 2018 06:13:00    Employment Development Dept.,    Bankruptcy Group MIC 92E,
             P. O. Box 826880,    Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Apr 24 2018 06:13:00    Franchise Tax Board,    Bankruptcy Section MS: A-340,
             P. O. Box 2952,    Sacramento, CA  95812-2952
38074776    +E-mail/Text: FF_Bankruptcy@owb.com Apr 24 2018 02:13:25
             FINANCIAL FREEDOM SENIOR FUNDING CORP,    POB 85400,    AUSTIN TX 78708-5400
38178915    +E-mail/Text: FF_Bankruptcy@owb.com Apr 24 2018 02:13:25    Financial Freedom,
             The Reserve Mortgage Specialists,    PO Box 85400,    Austin, TX 78708-5400
38178921     EDI: CALTAX.COM Apr 24 2018 06:13:00    Franchise Tax Board,    Attn: Bankruptcy Unit,
             PO Box 2952,    Sacramento, CA 95812-2952
38178926     EDI: IRS.COM Apr 24 2018 06:13:00    Internal Revenue Service,    Federal Payment Levy Program,
             Stop 686/ PO Box 57,    Bensalem, PA 19020
38178924    +EDI: AGFINANCE.COM Apr 24 2018 06:13:00    OneMain Financial,    Attn: Bankruptcy Department,
             601 NW 2nd St., Ste 300,    Evansville, IN 47708-1013
38178925    +EDI: USAA.COM Apr 24 2018 06:13:00    USAA Savings Bank,    10750 McDermott Freeway,
             San Antonio, TX 78288-1600
                                                                                        TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           CIT Bank, N.A.
intp         Courtesy NEF
38178918*   +Financial Freedom Senior Funding Co,    PO Box 85400,    Austin, TX 78708-5400
38178922*    Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                            TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2018                          Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2018 at the address(es) listed below:
          David  Seror (TR)   mtzeng@brutzkusgubner.com,   C133@ecfcbis.com
          Gilbert R Yabes   on behalf of Creditor   CIT Bank, N.A. ecfcacb@aldridgepite.com,
          GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
          Jamie D Hanawalt   on behalf of Creditor   CIT Bank, N.A. ecfcacb@aldridgepite.com,
          jhanawalt@ecf.inforuptcy.com
          Jamie D Hanawalt   on behalf of Interested Party   Courtesy NEF ecfcacb@aldridgepite.com,
          jhanawalt@ecf.inforuptcy.com
          Kevin T Simon   on behalf of Debtor Robert Benjamin Sautter kevin@srhlawfirm.com,
          simonkr75376@notify.bestcase.com
          Reagan E Boyce   on behalf of Trustee David  Seror (TR) rboyce@bg.law,  ecf@bg.law
          Richard  Burstein   on behalf of Trustee David  Seror (TR) rburstein@bg.law,  ecf@bg.law
          Richard  Burstein   on behalf of Interested Party   Courtesy NEF rburstein@bg.law,  ecf@bg.law
          United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov

District/off: 0973-1          User: kreavesC          Page 2 of 2          Date Rcvd: Apr 23, 2018
                             Form ID: ntcpdiv         Total Noticed: 15

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                    TOTAL: 9

# United States Bankruptcy Court
# Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**

Robert Benjamin Sautter
**SSN:** xxx–xx–1302
**EIN:** N/A

5711 Reseda Blvd
Tarzana, CA 91356

**BANKRUPTCY NO.** 1:17–bk–12566–MB
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above–captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before July 27, 2018**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED <u>NOT</u> FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: April 23, 2018

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN–10) Rev 12/2015